[No. 3696–1–III.   Division Three.   October 7, 1980.]

TRIDENTINE LATIN RITE CATHOLIC CHURCH OF
ST. JOSEPH, *Respondent,* v. JOHN M.
TAMPLIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2–03977–7, Philip J. Thompson, J., entered October 30, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3505–1–III.   Division Three.   October 9, 1980.]

ACME PERSONNEL SERVICE OF SPOKANE, INC., *Appellant,* v. BOUTEN CONSTRUCTION CO.,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 251185, Del Cary Smith, Jr., J., entered June 21, 1979. *Affirmed* by unpublished per curiam opinion.

[Nos. 3401–1–III; 3406–2–III.   Division Three.   October 9, 1980.]

THE DEPARTMENT OF GAME, *Respondent,* v. JOE BARKER,
ET AL, *Appellants.*

THE DEPARTMENT OF GAME, *Appellant,* v. JOE BARKER,
ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Grant County, No. 25958, Fred Van Sickle, J., entered March 28, 1979. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.